UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

**CIVIL ACTION NO. 2019-466—WOB-HAI**

**WILLIAM M. HENRY**   **PETITIONER**

**VS.**   <u>**ORDER**</u>

**KENTUCKY DEPT. OF CORRECTIONS**   **RESPONDENT**

This matter is before the Court on the Recommended Disposition and Order of the United States Magistrate Judge (Doc. 11), and having considered *de novo* those objections filed thereto by plaintiff (Doc. 12), and the court being advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this court; that the petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) be, and it hereby is, **dismissed** and his "Motion for Relief from Judgment" (Doc. 10) be, and is hereby **denied**. No certificate of appealability shall issue herein. A separate judgment shall enter concurrently herewith.

This 22nd day of January, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge